UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61297-CIV-DIMITROULEAS

CANDICE PATTI,

    Plaintiff,

v.

CREDIT COUNSEL, INC,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte*. On August 28, 2018, the Court entered its Scheduling Order, which required the parties to submit appropriate dismissal papers within ten calendar days of notifying the Court that the case has settled. *See* [DE 11]. On December 12, 2018, a Notice of Settlement was filed, indicating that the case was settled. *See* [DE 16]. The Court issued an Order to Show Cause on December 27, 2018, directing the parties to file the appropriate dismissal papers on or before January 2, 2019. *See* [DE 17]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. This action is **DISMISSED**, with each party to bear its own costs and fees except as otherwise agreed;

**2.** The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 3rd day of January, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies furnished to:
Counsel of Record